USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/8/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**LBC LLC,**

        **Plaintiff,**

        -against-

**MEDIACO HOLDINGS, INC,**

        **Defendant.**

**24-CV-02611 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within fourty-five days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:   **August 8, 2024**
        New York, New York

                                                 **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**