UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LBC LLC d/b/a DCOMMUNITY,<br><br>                        Plaintiff,<br><br>-against-<br><br>MEDIACO HOLDING, INC.,<br><br>                        Defendant. | Case No. 1:24-cv-2611(ALC)<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and whereas no party hereto is an infant or incompetent, the parties hereby stipulate to the dismissal of all remaining claims asserted in the above-captioned matter with prejudice and without costs or attorney's fees to any party.

Dated: September 24, 2024

**REITLER KAILAS & ROSENBLATT LLP**

By: _____
      Brian D. Caplan
885 Third Avenue, 20th Floor
New York, New York 10022
(212) 209-3050
bcaplan@reitlerlaw.com

*Attorneys for Plaintiff*

**NIXON PEABODY LLP**

By: _____
      Timothy D. Sini
      Neil P. Diskin
55 West 46th Street
New York, New York 10036
(212) 940-3000
tsini@nixonpeabody.com
ndiskin@nixonpeabody.com

*Attorneys for Defendant*